UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF TEXAS

In Re: **Capital Cleaning Corp.** §
§ Case No. ~~United States District Court Southern District of Texas FILED~~
§
Debtor(s). §
§

FILED
APR 28 2010
STEPHANIE J. EDMONDSON, CLERK
U.S. BANKRUPTCY COURT
EASTERN DISTRICT OF NC

FILED
MAY 1 0 2010
David J. Bradley, Clerk of Court

### Application for Payment of Unclaimed Funds and Certificate of Service

1. I am making application to receive $ **1474.11**, which was deposited as unclaimed funds on behalf of **GECC General Electric Capital** *(name of original creditor/debtor)*.

2. Applicant is entitled to receive the requested funds, has made sufficient inquiry and has no knowledge that any other party may be entitled to, and is not aware of any dispute regarding the funds at issued based upon the following *(check the statement(s) that apply)*:

   ☐ a. Applicant is the creditor/debtor named in paragraph 1, and the owner of the funds appearing on the records of this Court, as evidenced by the attached documents.

   ☐ b. Applicant is the attorney in fact for the creditor/debtor named in paragraph 1, with authority to receive such funds, or who is authorized by the attached original Power of Attorney to file this application on behalf of the creditor/debtor.

   ☐ c. Applicant is the assignee or successor-in-interest of the creditor/debtor named in paragraph 1, or the representative of the assignee or successor-in-interest, as evidenced by the attached documents establishing chain of ownership and/or assignment.

   ☒ d. Applicant is a duly authorized corporate officer (if a corporation) or a general partner (if a partnership) and a representative of the creditor/debtor named in paragraph 1.

   ☐ e. Applicant is the representative of the estate of the deceased creditor/debtor named in paragraph 1, as evidenced by the attached certified copies of death certificate and other appropriate probate documents substantiating applicant's right to act on behalf of the decedent's estate.

   ☐ f. None of the above apply. As evidenced by the attached documents, applicant is entitled to these unclaimed funds because: _____
   _____
   _____

3. I understand that pursuant to 18 U.S.C. § 152, I could be fined no more that $5,000, or imprisoned not more than five years, or both, if I have knowingly and fraudulently made any false statements in this document or accompanying supporting documents. I further understand that any indications of fraud detected by the Court will be turned over to the U.S. Attorney for possible prosecution.

4. I declare under penalty of perjury under the laws of the United States of America that the foregoing statements and information are true and correct.

Dated: 2/23/10

Applicant's Signature: *[signed]*
Applicant's Name: Rick Buckley
Address: 901 Main Ave
         Norwalk CT 06851
Phone: (203) 750-3363

Subscribed and sworn before me this 23 day of February, 2010.

Notary Public
State of Connecticut
My commission expires Oct 31, 2010

KATHRYN L. HILL
NOTARY PUBLIC
COMMISSION EXPIRES OCT 31, 2010

Attachments:
1. _____
2. _____
3. _____
4. _____

## Certificate of Service

I certify that on 4/15/10 (date), a true and correct copy of this application for payment of unclaimed funds was served by first class United States Mail on the following:

U.S. Attorney
P.O. Box 61129
Houston, TX 77208

U.S. Trustee
515 Rusk Ave., Ste.3516
Houston, TX 77002

Other: _____

# UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF TEXAS

In Re:    Capital Cleaning Corp   §    Case No. 96-42342

Debtor(s). §

## Order for Payment of Unclaimed Funds

Upon the application of **GE Capital**,

seeking payment of $ **1474.11** representing funds previously unclaimed by **GECC General Electric Capital**

a creditor or debtor in the above-entitled case, and it appearing from the application and supporting documentation that **GE Capital** is entitled to the unclaimed funds, it is

Ordered that the Clerk pay $ **1474.11** to:

Rick Buckley
901 Main Ave
Norwalk CT 06851

Signed this ___ day of _____, _____.

_____
United States Bankruptcy Judge